[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1211.]

**[THE STATE EX REL.] PIPHUS ET AL. *v*. BLUM, CHIEF, ET AL.**

**[Cite as *Piphus v. Blum*, 1995-Ohio-186.]**

*Motions to dismiss granted.*

(No. 94-1804—Submitted April 4, 1995—Decided May 10, 1995.)

IN PROHIBITION.

———————————

*Lawson & McLean, Kenneth L. Lawson* and *James E. McLean*, for relators.

*Manley, Burke, Fischer & Lipton, Co., L.P.A., Timothy M. Burke* and *Andrew S. Lipton*, for respondents Donald Blum, Chief of Police, Mark Reiber, Brian Blum, Scott Whitsken and John Does I through III, Officers of the Lockland Police Force.

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Philip L. Zorn, Jr.*, Assistant Prosecuting Attorney, for respondent Hamilton County Court of Appeals.

———————————

{¶ 1} The cause is before the court on respondents' motions to dismiss. The motions are granted and the cause is dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., dissents.

WRIGHT, J., dissents and would grant the writ.

———————————